IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Sheena M. Debose, | ) | C/A No.: 5:11-3057-MBS-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| World Finance Corporation of South Carolina, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on Plaintiff's counsel's motion to withdraw [Entry #19] and motion to stay the scheduling order for thirty days [Entry #20].

Plaintiff's counsel's motion to withdraw represents that Plaintiff indicated on April 25, 2012 that she wishes to terminate her attorney-client relationship with the Mabry Law Firm, LLC and hire new counsel to represent her in this matter. [Entry #19]. It is therefore ordered that the Mabry Law Firm is hereby relieved as counsel of record for Plaintiff in this matter and shall have no further responsibility for Plaintiff in this matter. Attorney Janet E. Rhodes of Mabry Law Firm, LLC shall serve this order on Plaintiff and shall provide the court with an affidavit of said service.

The court grants Plaintiff's motion to stay the scheduling order [Entry #20] until May 31, 2012, by which date Plaintiff shall notify the court of the identity of the new attorney(s) to represent her in this case or, alternatively, of her desire to proceed with this litigation pro se, i.e., without an attorney. To this end, Plaintiff shall, by May 31, 2012,

complete the attached notice and mail it to the clerk of court at the address indicated. If Plaintiff fails to file the attached letter with the clerk within the time prescribed or fails to provide the Clerk with an accurate and current address, this case may be dismissed for failure to prosecute.

Plaintiff is specifically advised that, if no new attorney is obtained to represent her interests, the court will expect this litigation to be conducted in accordance with all provisions of the Federal Rules of Civil Procedure and that the court is unable to provide her with legal advice. Plaintiff is directed to consult the Pro Se Guide available on the District Court's website at www.scd.uscourts.gov under the "pro se" tab. Failure to comply with court rules could have serious consequences including, but not limited to, striking a claim, defense, pleading, dismissing the action for lack of prosecution, and/or holding the party in default.

IT IS SO ORDERED.

*Shiva V. Hodges*

April 26, 2012                                       Shiva V. Hodges
Columbia, South Carolina                     United States Magistrate Judge

Name   _____

Address_____

_____

Clerk of Court
United States District Court
901 Richland Street
Columbia, South Carolina 29201

*In Re:  5:11-3057-MBS-SVH Debose v. World Finance Corporation of South Carolina*

Dear Mr. Propes:

In response to the order of Judge Hodges dated April 26, 2012, I wish to advise as follows:

_____ 1.   I have obtained a new attorney to represent me in this matter.  His [or her] name, address, and telephone number are as follows:

_____

_____

OR

_____ 2.   I have **NOT** obtained a new attorney and will represent myself in this matter.  The clerk is directed to forward all notices and pleadings to me at the above address.  I understand that I am obligated to comply with all provisions of the Federal Rules of Civil Procedure and to keep the Clerk of Court informed as to my proper address.

_____     _____
Signature                                                              Date

_____
Printed Name

3